No. 00–7402. GUILLEN v. STEWART, DIRECTOR, ARIZONA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 00–7405. HUMPHREY v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7406. INGRAM v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 00–7407. FEREBEE v. MCCABE ET AL. C. A. 4th Cir. Certiorari denied. 

No. 00–7410. HALL v. COUNTY OF MARICOPA ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7412. GALLITON v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7413. FEATHERSTONE v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 00–7415. GRAHAM v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied. 

No. 00–7418. GREEN v. LARKINS ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7420. GUNDY v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 00–7422. MATTHEWS v. GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 00–7426. BYRD v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7427. ANDAVAZO v. WILLIAMS, WARDEN, ET AL.; and No. 00–7485. ARMIJO v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7429. MCAFEE v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.